## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  11-43147-TLS |
| | ) |
| **MARILYN HAYDEE SCHREINER** | ) **CHAPTER 13** |
| SSN: ###-##-8929 | ) |
| | ) |
| | ) |
| | ) |
| **Debtor.** | |

### TRUSTEE'S OBJECTION TO CLAIM OF CITIMORTGAGE INC - COURT CLAIM #10

**COMES NOW, Kathleen A. Laughlin**, Chapter 13 Trustee, and objects to the claim filed by **CITIMORTGAGE INC** for the following reasons:

Pursuant to Federal Rule of Bankruptcy Procedure 3002(c) a proof of claim in a Chapter 13 Bankruptcy proceeding must be filed "not later than 90 days after the first date set for the meeting of creditors".  Thus, proofs of claim were required to be filed in this case on or before **4/16/2012**. **CITIMORTGAGE INC** did not file a proof of claim until **6/21/2012** and therefore, the claim is untimely filed.  The Trustee filed a proof of claim for this creditor pursuant to Federal Rule of Bankruptcy Procedure 3004.  However, Rule 3004 does not allow the creditor's claim to supersede the proof of claim file by the Trustee.

**WHEREFORE**, the Chapter 13 Trustee prays that her objection to the claim of **CITIMORTGAGE INC** be granted and the claim disallowed.

DATED:  June 22, 2012

s/ Kathleen A. Laughlin
Kathleen A. Laughlin #16883
Chapter 13 Trustee
13930 Gold Circle, Suite #201
Omaha, NE 68144
(402) 697-0437
1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on JEREMIAH J LUEBBE, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on June 22, 2012, by first-class, U.S. mail, postage prepaid to the Debtor and the Creditor at the address listed below:

| | |
|---|---|
| MARILYN HAYDEE SCHREINER | CITIMORTGAGE INC |
| 1330 N LAFAYETTE AVENUE | PO BOX 6030 |
| GRAND ISLAND, NE 68803 | SIOUX FALLS, SD 57117-6030 |

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN THE MATTER OF: | ) BK. NO.  11-43147-TLS |
| | ) |
| **MARILYN HAYDEE SCHREINER** | ) CHAPTER 13 |
| SSN: ###-##-8929 | ) |
| | ) |
| | ) |
| | ) |
| Debtor. | |

### NOTICE SETTING RESISTANCE DEADLINE

PURSUANT TO Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. KATHLEEN A. LAUGHLIN, Chapter 13 Trustee, has filed a Trustee's Objection to claim of **CITIMORTGAGE INC.**

2. The last day to file a resistance to the proof of claim of **CITIMORTGAGE INC** is **7/13/2012**. The Resistance must be served on the Trustee and the Debtor or Debtor's Attorney.

3. If the resistance period expires without the filing of any resistance, the Court will consider entering an order granting the relief sought without further notice or hearing.

    DATED:  June 22, 2012

                        s/ Kathleen A. Laughlin
                        Kathleen A. Laughlin #16883
                        Chapter 13 Trustee
                        13930 Gold Circle, Suite #201
                        Omaha, NE 68144
                        (402) 697-0437
                        1-800-884-0437

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Trustee's Objection was served on JEREMIAH J LUEBBE, debtor attorney via the CM/ECF system of the United States Bankruptcy Court and a copy was mailed on June 22, 2012, by first-class, U.S. mail, postage prepaid to the Debtor and the Creditor at the address listed below:

MARILYN HAYDEE SCHREINER                    CITIMORTGAGE INC
1330 N LAFAYETTE AVENUE                    PO BOX 6030
GRAND ISLAND, NE 68803                    SIOUX FALLS, SD 57117-6030

                        s/ Kathleen A. Laughlin
                        Kathleen A. Laughlin