Response to Notice of Final Cure Payment - Supplement

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEBRASKA
### LINCOLN DIVISION

| | | | |
|---|---|---|---|
| **Name of debtor:** | Marilyn Haydee Schreiner | **Case Number:** | 11-43147-TLS |
| | | **Chapter 13** | |
| **Trustee:** | Kathleen Laughlin | **Judge:** | Thomas L. Saladino |

## RESPONSE TO NOTICE OF FINAL CURE PAYMENT FILED ON: 01/20/2015

Pursuant to Federal Bankruptcy Rule 3002.1(g), the Holder listed below is responding to the Notice of Final Cure Payment filed in the above referenced case.

| | | | |
|---|---|---|---|
| **Name of creditor:** | Christiana Trust, A Division of Wilmington Savings Fund Society, FSB, as trustee for Normandy Mortgage Loan Trust, Series 2013-8  As Serviced by Rushmore Loan Management Services LLC | **Last four digits** of any number you use to identify the debtor's account: | xxxxxx2756 |

### 1.    Pre-Petition Arrears - Court claim no. : 10-2  (Docket Entry #73)

Creditor ☒ agrees ☐ does not agree that the debtor(s) has paid in full the amount required to cure the pre-petition default to be paid through the Chapter 13 Plan as of the date of the Trustee's cure notice.

If Creditor disagrees:
    Amount of pre-petition arrears due at filing: _____
    Amount received from the Chapter 13 Trustee _____

    Pre-Petition arrears remaining due: _____

### 2.    Post-Petition Amounts

Creditor ☐ agrees ☒ does not agree that the debtor(s) has paid all post-petition amounts due to be paid to the secured creditor of the date of the Trustee's cure notice.

If Creditor disagrees:
    Post-petition amounts remaining due:    $17,819.53

Attached as Schedule of Amounts Outstanding Post-Petition is an itemized account of the post-petition amounts that remain unpaid as of the date of the Cure Notice. The amounts identified on the Schedule do not reflect amounts that became or may become due after the date of the Cure Notice, including any fees that may have been incurred in the preparation, filing, or prosecution of this statement.

**Schedule of Amounts Outstanding**

This section itemizes the required cure of post-petition amounts, if any, that the holder contends remain unpaid as of the date of this statement but may not, due to timing, reflect all payments sent to Creditor as of the date of the Cure Notice. In addition, the amounts due may include payments reflected in the Trustee's records but which have not yet been received and/or processed by the Creditor.

| Description | Date Assessed | Assessed Amount | Amount Recovered | Amount Outstanding |
|---|---|---|---|---|
| Payments | 03/01/2013 | $760.27 | $426.95 | $333.32 |
| Payments | 04/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 05/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 06/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 07/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 08/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 09/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 10/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 11/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 12/01/2013 | $760.27 | $0.00 | $760.27 |
| Payments | 01/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 02/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 03/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 04/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 05/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 06/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 07/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 08/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 09/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 10/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 11/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 12/01/2014 | $760.27 | $0.00 | $760.27 |
| Payments | 01/01/2015 | $760.27 | $0.00 | $760.27 |
| Payments | 02/01/2015 | $760.27 | $0.00 | $760.27 |

**Amount Remaining Due:** **$17,819.53**

### 3. Sign Here

Print Name: John R. Callison
Title: Authorized Agent for Rushmore Loan Management Services LLC
Company: Buckley Madole, P.C.

/s/ John R. Callison
Signature

Address and telephone number:

02/09/2015
Date

P. O. Box 9013
Addison, TX 75001

Telephone: ((972) 643-6600     Email: POCInquiries@buckleymadole.com

**CERTIFICATE OF SERVICE OF RESPONSE TO NOTICE OF FINAL CURE**

I certify that the foregoing notice has been served electronically on the Debtor's Counsel and the Chapter 13 Trustee and has been mailed to Debtor at the following address on or before February 11, 2015.

**Debtor** *Via U.S. Mail*
Marilyn Haydee Schreiner
1330 N Lafayette Ave
Grand Island, NE 68803-3645

**Debtors' Attorney**
Jeremiah Luebbe
Steffens Law Office
PO BOX 363
255 SO. 10th Ave
BROKEN BOW, NE  68822-0363

**Chapter 13 Trustee**
Kathleen Laughlin
13930 Gold Circle, Suite 201
Omaha, Nebraska 68144-2304

**US Trustee**
Patricia Dugen
111 South 18th Plaza, Suite 1148
Omaha, Nebraska  68102

Respectfully Submitted,

/s/ John R. Callison