# United States Bankruptcy Court
District of Nebraska

In Re:
MARILYN HAYDEE SCHREINER  CASE NO: 11-43147-TLS
 CHAPTER 13
SS #1: XXX-XX-8929

Debtor(s)

## NOTICE OF FINAL REPORT AND REQUEST FOR ORDER DISCHARGING TRUSTEE

NOTICE:  Plan Completed

COMES NOW, Kathleen A. Laughlin, Chapter 13 Trustee, and files this Application for Approval of Final Report and Request for Order Discharging Trustee. The Trustee shows the Court as follows:

1. A Final Report and Account for all receipts and disbursements in this case is attached to this Application.
2. The Trustee has completed all duties and the Chapter 13 case has been fully administered.

WHEREFORE, the Trustee requests an Order of this Court that by its entry signifies the following:

1. The Final Report and Account of the Chapter 13 Trustee is approved.
2. The Chapter 13 Trustee is discharged of further obligation in this proceeding and is discharged of her trust.
3. The bond of the Chapter 13 Trustee is cancelled and sureties thereon released from further liability thereunder except any liability which may have arisen while the bond was in effect.
4. Unless this case has been converted to another Chapter, the case is hereby closed.

DATED: 3/3/2015  /s/Kathleen A. Laughlin
 Kathleen A. Laughlin
 Chapter 13 Trustee

## RESISTANCE NOTICE

Pursuant to Neb. R. Bankr. P. 9013-1, you are notified as follows:

1. Kathleen A. Laughlin, Chapter 13 Trustee, has filed an Application for Approval of Final Report and Request for Order Discharging Trustee.
2. The last day to file a resistance to the Trustee's Application is 4/2/2015.
   Any resistance must be filed with the Court and a copy served on the Trustee.
3. If no resistance is filed by the date set forth, the Application for Approval of Final Report and Request for Order Discharging Trustee will be granted.

MARILYN HAYDEE SCHREINER
1330 N LAFAYETTE AVENUE
GRAND ISLAND, NE 68803